IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHRISTOPHER BOTTO,

      Appellant,

v.                                                                     Case No.      5D22-352
                                                                       LT Case No. 2021-MH-002547-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 29, 2022

Appeal from the Circuit Court
for Orange County,
Lisa T. Munyon, Judge.

Matthew J. Metz, Public Defender, and
Victoria Rose Cordero, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

COHEN, TRAVER and NARDELLA, JJ., concur.